NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMIE L. MILLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3061

---

Petition for review of the Merit Systems Protection Board in No. AT-0752-10-0998-C-1.

---

## ON MOTION

---

## O R D E R

Jimmie L. Miller moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                         MILLER v. DVA

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24